**David A. BRAXTON, Jr., Petitioner–**
**Appellant,**

v.

**S.K. YOUNG, Warden, Respondent–**
**Appellee.**

**No. 02–6399.**

United States Court of Appeals,
Fourth Circuit.

Submitted April 5, 2002.

Decided April 23, 2002.

David A. Braxton, Jr., Appellant Pro Se.

Before MICHAEL, MOTZ, and TRAXLER, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

David A. Braxton, Jr., seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2001). We have re-

viewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability, deny leave to proceed in forma pauperis on appeal, and dismiss the appeal on the reasoning of the district court. *See Braxton v. Young,* No. CA–01–1595–AM (E.D. Va. filed Feb. 8, 2002; entered Feb. 11, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*